UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS W. TUBRE and<br>TKTMJ, INC. | CIVIL ACTION |
| VERSUS | NO. 14-1149 |
| CLARK MCCARTHY HEALTHCARE<br>    PARTNERS, A JOINT VENTURE | SECTION "N"  (4) |

## ORDER & REASONS

Now before the Court is a motion for final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, or, alternatively, certification for interlocutory appeal under 28 U.S.C. § 1292(b) filed by Plaintiff Thomas Tubre. (Rec. Doc. 35).  Tubre requests that the Court grant Rule 54(b), or, alternatively, interlocutory relief under § 1292(b) arising out of the Court's dismissal of his Rehabilitation Act claim.  (*See* Rec. Doc. 31).

The Court finds, for substantially similar reasons as stated in Defendant's response (Rec. Doc. 36), that the Rule 54(b) and § 1292(b) relief are unwarranted given the circumstances. Considering the Fifth Circuit's view disfavoring piecemeal review, the inconvenience of delaying the current litigation outweighs Tubre's concerns here.  Accordingly,

**IT IS ORDERED**  that Tubre's Motion (Rec. Doc. 36) is hereby **DENIED**.

New Orleans, Louisiana, this 9th day of January 2015.

                                                                      _____
                                                                      **KURT D. ENGELHARDT**
                                                                      **United States District Judge**